# EXHIBIT C



**PUBLIC SECTOR AUTHORIZATION
MEMBERSHIP AND CHECKOFF CARD
AUTHORIZATION/MEMBERSHIP**

LOCAL ___153___, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO



I request and hereby accept, upon execution of this authorization card, membership in the American Federation of State, County and Municipal Employees, AFL-CIO (herein called AFSCME) and the appropriate subordinate body(s)(the Union) and authorize the subordinate body(s) to represent me and in my behalf to negotiate and conclude all agreements as to rates of pay, wages, hours and all other terms and conditions of employment. It is agreed that such membership shall be in accordance with the provisions of the Constitution of AFSCME and its subordinate bodies. It is further agreed that membership may only be revoked by me during the thirty (30) to forty-five (45) day period prior to the expiration of any labor agreement with my employer, by giving written notice to a subordinate body with proof of service. My membership shall not terminate until thirty (30) days after receipt of said notice by the Union. I understand that this membership agreement is separate from my checkoff agreement.



## CHECKOFF AGREEMENT

You are hereby authorized and directed to deduct from my wages, my membership fee, initiation fee if any, as or an equivalent amount or fee, which shall be remitted by you to a subordinate body of AFSCME, in accordance applicable collective bargaining agreement. This checkoff Authorization and Assignment may only be revoked by me giving, and the appropriate subordinate body and my employer receiving written notice of revocation during the thirty to forty-five (45) day period prior to the expiration date of any collective bargaining agreement covering my employment. This Authorization and Assignment will continue after revocation and shall not terminate until thirty (30) days after receipt of said timely written notice by the employer and Union or termination of any current labor agreement, whichever is I understand that this checkoff commitment is separate from my membership agreement. This checkoff Authorization Assignment supersedes all previous authorizations and assignments.

Dues, contributions or gifts to AFSCME are not deductible for federal income tax purposes. Dues paid to AFSCME however, may qualify as business expenses and may be deductible in limited circumstances subject to various restrictions imposed by the Internal Revenue Service.

I understand that at times the labor agreement with my employer may vary the above agreed to terms of membership and/or checkoff or be silent. I agree that the above membership and checkoff authorization shall control in any and all circumstances absent a specific contrary checkoff or membership provision in the labor agreement covering my employment.

Print Name: Adda Gape
Social Security No.: ___
Address: 8690 Tallmadge Rd
City: ___
State: OH   Zip Code: 44412   Tel. No.: 330 319 1941
Email: AddaGape@kent
Employer: ___   Classification: ___
Date: March 29 2012   Signature: Adda J Gape

(Revised 5/99) (Council)