# EXHIBIT D

---------- Forwarded message ---------
From: **Adda Gape** <AGAPE@kent.edu>
Date: Tue, Aug 14, 2018, 9:12 AM
Subject: Union withdrawal
To: <swagoner@afscme8.org>, <president@kent.edu>
Cc: Adda Gape <agape@kent.edu>

August 14, 2018

To Whom It May Concern:

I am an employee at Kent State University and am in the AFSCME 8/153.

With this letter, I am notifying you that I am immediately withdrawing my union membership as is my right under the First Amendment as expressed by the Supreme Court ruling in *Janus v. AFSCME*.

If, at a future date, I determine that being a member of AFSCME 8/153 is in my interest, I may rejoin.

I ask that you notify me immediately in writing if you are not willing to honor my rights, provide me with the legal reasons for your refusal, and outline the process I need to undertake to withdraw my membership.

Sincerely,

Adda Gape
agape@kent.edu

From: **Roger & Annamarie Hannay** malo216@att.net
Subject: **Withdrawal Union Membership**
Date: **Aug 13, 2018 at 7:44:19 PM**
To: **swagoner@afscme8.org**

August 13, 2018

To Whom It May Concern:

I am an employee at Kent State University and am in the AFSCME 8/153.

With this letter, I am notifying you that I am immediately withdrawing my union membership as is my right under the First Amendment as expressed by the Supreme Court ruling in *Janus v. AFSCME*.

If, at a future date, I determine that being a member of AFSCME 8/153 is in my interest, I may rejoin.

I ask that you notify me immediately in writing if you are not willing to honor my rights, provide me with the legal reasons for your refusal, and outline the process I need to undertake to withdraw my membership.

Sincerely,

Annamarie Hannay
Malo216@att.net

**From:** Roger & Annamarie Hannay malo216@att.net
**Subject:** Union Membership Withdrawal
**Date:** Aug 13, 2018 at 7:48:40 PM
**To:** Beverly Warren president@kent.edu

August 13, 2018

To Whom It May Concern:

I am an employee at Kent State University and am in the AFSCME 8/153.

With this letter, I am notifying you that I am immediately withdrawing my union membership as is my right under the First Amendment as expressed by the Supreme Court ruling in *Janus v. AFSCME*.

If, at a future date, I determine that being a member of AFSCME 8/153 is in my interest, I may rejoin.

I ask that you notify me immediately in writing if you are not willing to honor my rights, provide me with the legal reasons for your refusal, and outline the process I need to undertake to withdraw my membership.

Sincerely,

Annamarie Hannay
Malo216@att.net