# EXHIBIT F

# AFSCME Ohio Council 8

6800 North High Street
Worthington, Ohio 43085
(614) 841-1918

January 25, 2019

Dear Member,

Please be advised that Ohio Council 8, American Federation of State, County and Municipal Employees, AFL-CIO (hereinafter AFSCME) has agreed to wave its contractual right to enforce its current dues checkoff revocation period, as set forth the collective bargaining agreement, the dues checkoff authorization card you signed or both, that allows dues revocation to be effective only if written notice of revocation is received from a bargaining unit employee during a 15-day window period tied to the expiration date of the collective bargaining agreement and has adopted instead the following dues revocation policy containing a annual revocation window period tied to the date the dues authorization card was signed:

> Any voluntary dues authorization and assignment shall be irrevocable, regardless of whether an employee has revoked union membership, for a period of one year from the date of the execution of the dues checkoff authorization and for year to year thereafter, unless the employee gives the Employer and the Union written notice of revocation not less than ten (10) days and not more than twenty five (25) days before the end of any yearly period; provided however, if the applicable collective bargaining agreement specifies an annual revocation window period of longer than fifteen (15) days, then only that longer period shall apply.

To the extent the current collective bargaining agreement does not expressly limit the period for dues revocation to a particular window period or provides for revocation more frequently than the annual revocation period defined above, the collective bargaining agreement will control.

If you have any questions regarding the above, please feel free to contact your Ohio Council 8 staff representative or regional director.

John A. Lyall
President

*[signature]*

cc: file
    M. Knox
    R. Moncrease