# EXHIBIT G

March 8, 2019



Adda Gape
4189 Siefer Drive
Rootstown, Ohio 44272

Stevan Pickard
AFSCME Ohio Council 8
1145 Massillon Road
Akron, Ohio 44306

Dear Mr. Pickard,

I am hereby revoking my union membership in AFSCME Local 153. Please cease deducting all dues, fees, and political contributions from my wages. I am within my 10 to 25 day period tied to the date I signed my dues checkoff authorization as described to me in the January 25, 2019, letter from John Lyall, AFSCME Ohio Council 8.

Sincerely,


Adda Gape

cc: F. Jack Witt, Human Resources Department, Kent State University

March 8, 2019

Adda Gape
4189 Siefer Drive
Rootstown, Ohio 44272

Mr. F. Jack Witt
Human Resources Department
Kent State University
P.O. Box
Kent, OH 44242-0001

Dear Mr. Witt,

I am hereby revoking my union membership in AFSCME Local 153. Please cease deducting all dues, fees, and political contributions from my wages. I am within my 10 to 25 day period tied to the date I signed my dues checkoff authorization as described to me in the January 25, 2019, letter from John Lyall, AFSCME Ohio Council 8.

Sincerely,


Adda Gape

cc: Stevan Pickard, AFSCME Ohio Council 8