IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ANNAMARIE HANNAY, ADDA GAPE, and JOHN KOHL, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, OHIO COUNCIL 8; KENT STATE UNIVERSITY EMPLOYEES LOCAL 153; RALPH M. DELLA RATTA, Chair, Board of Trustees of Kent State University, SHAWN M. RILEY, Vice Chair, VIRGINIA C. ADDICOTT, Trustee, MARGOT JAMES COPELAND, Trustee, REV. DR. TODD C. DAVIDSON, Trustee, ROB S. FROST, Trustee, ROBIN M. KILBRIDE, Trustee, DONALD L. MASON, Trustee, STEPHEN A. PERRY, Trustee, CATHERINE L. ROSS, Trustee, MICHAEL D. SOLOMON, Trustee, all in their official capacities; and F. JACK WITT III, Vice President for Human Resources, Kent State University, in his official capacity. <br><br> Defendants. | No. 5:19-cv-00951 |

**MOTION FOR PRO HAC VICE ADMISSION OF JEFFREY M. SCHWAB, ESQ., <u>ON BEHALF OF PLAINTIFFS</u>, ANNAMARIE HANNAY, ADDA GAPE, and JOHN KOHL**

Daniel J. Dew, trial counsel for Plaintiffs Annamarie Hannay, Adda Gape, and John Kohl, respectfully moves this Court pursuant to Loc. R. 83.5(h) for the admission *pro hac vice* of Jeffrey M. Schwab, Esq., of the Liberty Justice Center, to represent Plaintiffs as counsel or co-

1

counsel in this case.

Movant represents that Mr. Schwab is a member in good standing of the highest court of the state of Illinois (Ill. Bar No. 6290710, admitted Nov. 9, 2006) as attested by the certificate of good standing attached hereto as Exhibit A. Movant also represents that Mr. Schwab is not eligible for admission to the permanent bar of this Court and has not been disbarred or suspended from the practice of law.

This Motion is accompanied by the required filing fee. The applicant for admission *pro hac vice* understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Mr. Schwab's contact information is as follows:

Jeffrey M. Schwab, Esq.

Business Email: jschwab@libertyjusticecenter.org

Business Telephone: (312) 263-7668

Business Fax: (312) 263-7668

Business Address:   Liberty Justice Center
 190 South LaSalle Street, Suite 1500
 Chicago, Illinois 60603

                                              Respectfully submitted,

                                              /s/Daniel J. Dew
                                              Daniel J. Dew
                                              Ohio Bar No. 89502
                                              The Buckeye Institute
                                              88 East Broad Street, Suite 1120
                                              Columbus, OH 43215
                                              Telephone (614) 224-4422

                                              *Counsel for Plaintiffs*