# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ANNAMARIE HANNAY, ADDA GAPE, and JOHN KOHL, | )<br>)<br>) |
| Plaintiffs, | ) No. 5:19-cv-00951-JRA<br>)<br>) |
| v. | ) Judge John R. Adams<br>) |
| AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, OHIO COUNCIL 8, et al. | ) Magistrate Judge Kathleen B. Burke<br>)<br>)<br>) |
| Defendants. | ) |

## UNCONTESTED VOLUNTARY MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Annamarie Hannay, Adda Gape, and John Kohl, pursuant to Fed. R. of Civ. Pro. 41(a)(2), respectfully request that this Court issue an order dismissing all their claims against all Defendants with prejudice pursuant to the settlement agreement entered between the Plaintiffs and Defendant AFSCME Council 8 on September 16, 2019 resolving the dispute between them and all of the claims Plaintiffs have alleged in this case. The parties agree that the conditions of the settlement agreement have been satisfied and there is no further dispute between them to resolve. Defendants do not oppose this motion. Therefore, Plaintiffs request that this Court dismiss all of their claims against all Defendants with prejudice.

Dated: September 24, 2019              Respectfully Submitted,

**ANNAMARIE HANNAY,
ADDA GAPE, AND
JOHN KOHL**

By: /s/ Jeffrey Schwab

1

| | |
|---|---|
| Jeffrey M. Schwab<br>Daniel R. Suhr<br>LIBERTY JUSTICE CENTER<br>190 South LaSalle Street, Suite 1500<br>Chicago, Illinois 60603<br>Telephone (312) 263-7668<br>jschwab@libertyjusticecenter.org<br>dsuhr@libertyjusticecenter.org | Daniel Dew<br>Robert Alt<br>THE BUCKEYE INSTITUTE<br>88 East Broad Street, Suite 1120<br>Columbus, OH 43215<br>Telephone (614) 224-4422<br><br>*Attorneys for Plaintiffs* |